UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

MELKAMU TEKLE GIORGIS  
4006 Denfeld Avenue  
Kensington, MD 20895  

    Plaintiff,  

v.  :  CA No.

PROGRESSIVE INSURANCE COMPANY:  
Serve: CT Corporation System  
1015 15th Street, NW, Suite 1000  
Washington, DC 20005  

    Defendant.

**FILED**  
SEP - 8 2008  
Clerk, U.S. District and Bankruptcy Courts

Case: 1:08-cv-01554  
Assigned To : Collyer, Rosemary M.  
Assign. Date : 9/8/2008  
Description: PI/Malpractice

JURY ACTION

## COMPLAINT

Comes now the Plaintiff by and through counsel, and for his Complaint states as follows:

1. Jurisdiction for this action is based on 28 USC 1364.

2. On January 3, 2007, Plaintiff was involved in a motor vehicle collision with Ahmed Ould Bekrine, who is entitled to insurance coverage from Defendant Progressive Insurance Company.

3. The collision was at M Street and 31st Street, NW in Washington, DC at approximately 10:20 a.m.

4. Upon information and belief, Ahmed Ould Bekrine was a diplomat and an individual who was a member of a mission or a member of the family of such as defined in the Vienna Convention on Diplomatic Relations or a member of the family of such.

5. Progressive Insurance is the insurance company providing insurance for this individual.

6. The aforesaid collision was caused by the negligence of the Defendant.

7. As a result of said collision, the Plaintiff suffered serious and severe injuries causing physical pain and mental suffering and requiring ongoing medical care.

8. Pursuant to the statute, a direct action is not allowed against the foreign diplomat but rather a direct action against Defendant Progressive Insurance Company.

WHEREFORE, Plaintiff Melkamu Tekle Giorgis demands judgment against Defendant Progressive Insurance Company in the amount of FORTY THOUSAND DOLLARS ($40,000.00).

Respectfully submitted,

_____
Douglas R. Stevens, #343178
Attorney for Plaintiff
3158 O Street, N.W.
Washington, DC  20007
(202) 337-3800

## JURY DEMAND

Plaintiff demands trial by jury in this cause.

_____
Douglas R. Stevens